Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the items in question are not in chief value of galalith but that they are in chief value of steel, the claim of the plaintiff was sustained as to said items.

**No. 61359.**—Hershey Co. *v.* United States, protests 252497–K (B), 278135–K, and 278212–K (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the items in question are not in chief value of galalith but that they are in chief value of steel, the claim of the plaintiff was sustained as to said items.

**No. 61360.**—Hershey Co. *v.* United States, protest 283661–K (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the items in question are not in chief value of galalith but that they are in chief value of steel, the claim of the plaintiff was sustained as to said items.

**No. 61361.**—Hershey Co. *v.* United States, protest 283781–K (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the items in question are not in chief value of galalith but that they are in chief value of steel, the claim of the plaintiff was sustained as to said items.

**No. 61362.**—M. B. I. Export & Import, Ltd. *v.* United States, protest 280747–K (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of parts of jig-boring machines similar in all material respects to those the subject of Abstract 61048, the claim of the plaintiff was sustained.

**No. 61363.**—John L. Westland & Son, Inc. *v.* United States, protest 316179–K (San Francisco).